AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>**MATTHEW COLE**<br><br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)        1:19-mj-0194<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __8/1/2018-8/21/2018__ in the county of __Monroe__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| See attached Count Sheet. | See attached Count Sheet. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Todd Prewitt, SA, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 02/11/2019

_____
Judge's signature

City and state: Indianapolis, IN

Doris L. Pryor, U.S. Magistrate Judge
Printed name and title

<u>COUNT SHEET</u>

Count 1:

On or about August 18, 2018, MATTHEW COLE, did use MINOR VICTIM 1, age thirteen, to create a digital image of that minor engaged in sexually explicit conduct, said visual depiction being created by materials that travelled in interstate commerce. All in violation of Title 18, United States Code, Section 2251(a).

Count 2:

On or about August 18, 2018, MATTHEW COLE, did use MINOR VICTIM 1, age thirteen, to create a digital image of that minor engaged in sexually explicit conduct, said visual depiction being created by materials that travelled in interstate commerce. All in violation of Title 18, United States Code, Section 2251(a).

Count 3:

Between August 1, 2018 and August 21, 2018, the exact dates being unknown, MATTHEW COLE, did knowingly distributed in interstate commerce, a visual depiction of Minor Victim 1 engaged in sexually explicit conduct by way of Facebook Messenger, a facility of interstate commerce. All in violation of Title 18, United States Code, Section 2252(a)(2).

Count 4:

On or about August 1, 2018, MATTHEW COLE, did knowingly transport Minor Victim 1, age thirteen, in interstate commerce with the intent that Minor Victim 1 engage in any sexual activity for which a person can be charged with a criminal offense, to wit: child molestation in violation of Ind. Code 35-42-4-3. All in violation of Title 18, United States Code, Section 2423(a).

Count 5:

On or about August 21, 2018, MATTHEW COLE, did attempt to alter and/or destroy digital content on Minor Victim 1's cellular phone with the intent that the cellular phone's data be unavailable for use in an official proceeding. All in violation of Title 18, United States Code, Section 1512(c)(1).

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

### INTRODUCTION

I, Special Agent Todd D. Prewitt, having been duly sworn, depose and state:

1. I am employed as a Special Agent of the FBI, and I am currently assigned to the Bloomington Resident Agency of the Indianapolis FBI. I have been employed by the FBI since 2001. While employed by the FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have also gained experience through training and discussions with other law enforcement officers who have experience conducting these types of investigations. I have had the opportunity to observe and review multiple examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

2. Prior to becoming an FBI agent, I worked as a Trooper and Detective with the Indiana State Police for approximately five and half years. In that capacity, I investigated numerous investigations of sexual assault to include: rape, sexual misconduct, and child molesting.

3. In connection with my official duties as an FBI Special Agent, I am involved in investigations relating to violations of high technology or cybercrime, child exploitation, and child pornography. I have been involved in the search for and collection of evidence in multiple investigations. These investigations have involved, among other techniques, the execution of search warrants for contraband and evidence of crimes. I am familiar with, and have participated in, all of the normal methods of investigation, including, but not limited to, visual surveillance, the general questioning of witnesses, the use of informants, and undercover operations.

4. This Affidavit is submitted in support of the application for a warrant for the arrest of Matthew Cole for violations of 18 U.S.C. §§ 2251 (sexual exploitation of a minor), 2252

(distribution of images of child pornography), 2423 (interstate transportation of minors for criminal sexual activity), 1512 (attempted destruction of evidence).

5. In connection with my official duties, I have obtained the following information through my own investigation, from other law enforcement officers, and from Forensic Analysts. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of the application for the arrest. I have not included each and every fact known to me concerning this investigation. I have instead set forth only those facts that I believe are necessary to establish the required probable cause.

## LAW

6. Title 18, United States Code, Section 2251(a) makes it illegal to, *inter alia*, use a person under the age of 18 to create an image of that person engaged in sexually explicit conduct, including genital oral contact, genital penetration, and lascivious displays of the genitals or pubic area of the minor.

7. Title 18, United States Code, Section 2252 makes it illegal to, *inter alia*, knowingly (a)(1) transport or ship in interstate commerce, including by means of a computer, any visual depiction of a minor engaged in sexually explicit conduct.

8. Title 18, United States Code Section 1512(c)(1)(a) makes it a crime to corruptly alter, destroy or conceal a record or other object, or attempts to do so, with the intent to impair the object's integrity or availability for use in an official proceeding.

9. Title 18, United States Code, Section 2423 makes it illegal to transport a minor in interstate commerce for the purposes of having that minor engage in, *inter alia*, a criminal sexual activity.

## FACTS SUPPORTING PROBABLE CAUSE

10. Sometime between November 8, 2007 and September 24, 2008, Matthew Cole and Dolores Cole met and began a relationship. Prior to this beginning, Dolores had two children, Minor Victim 1 and Minor Victim 2. The family then lived in Arizona.

11. By September 28, 2014, the family had grown to include Minor Victims 3, 4, 5, and 6. On or about September 28, 2014, Arizona Department of Child Services received a report of neglect and sexual abuse upon Minor Victims 1-6 by both Matthew and Dolores. The report indicated Minor Victim 1 was sleeping in the same bed as Matthew and Dolores and also in the same bed when Matthew and Dolores were having intercourse.

12. Between September 28, 2014, and June 8, 2017, there were five additional reports of neglect towards Minor Victims 1-6 in Arizona. On or about June 8, 2017, a Sexual Abuse allegation perpetrated upon Minor Victim 1 by Matthew was under investigation by the Chandler, AZ police. In or about July, 2017, Matthew and Dolores moved the family from Arizona to Oklahoma.

13. Oklahoma state authorities began receiving reports of physical threats against Minor Victims 1-6 by Dolores in August 2017. On or about September 7, 2017, Oklahoma state authorities received an allegation that Matthew "sleeps with" one of the female minor children. Matthew and Dolores moved the family from Oklahoma to Texas in January 2018.

14. The family lived in Texas from January of 2018 until approximately February 27, 2018 when they moved to Oklahoma. The family lived in Oklahoma until approximately March of 2018 when they moved to Arizona. The family lived in Arizona until they moved to Springville, Indiana on approximately August 1, 2018. Springville, IN is located in Monroe County, within

the Southern District of Indiana. Oklahoma DCS contacted Indiana DCS on or about August 21, 2018.

15.     On or about August 21, 2018, Officers and Detectives of the Monroe County Sheriff's Office were contacted by Indiana DCS who were currently on scene at a house in Springville, IN within Monroe County. DCS had just removed Minor Victims 1-6 from that home, where they lived with Matthew and Dolores Cole. According to Indiana DCS, Matthew was having a sexual relationship with Minor Victim 1 (age 13) for at least the last year, specifically the last three (3) weeks at the above listed location.

16.     Detectives traveled to the local Child Advocacy Center to attend the forensic interviews of Minor Victims 1-6. While Minor Victim 1 was seated in the waiting room waiting her turn to be interviewed she began receiving text messages and calls on her cellular phone. The staff seized the phone and gave it to law enforcement. Subsequently, Minor Victim 1 was interviewed and gave no disclosure of any molest. However, she did provide the passcode to her cellular phone.

17.     The next day, pursuant to a search warrant, Minor Victim 1's cellular phone was forensically examined. Evidence that Matthew Cole had been text messaging her while at the center was recovered showing that he had asked her to delete everything on the phone, to tell her siblings not to talk to law enforcement and DCS, and not tell anyone about their "sleeping arrangements."

18.     Additional text messages were on the phone showing Matthew Cole to be repeatedly requesting nude photographs of Minor Victim 1 and other texts of a sexual nature.

Concerning the request for the pictures.

**Matthew Cole to Minor Victim 1:**
You can't just take this pic for me please

4

...
Just remember don't ever ask for anything special for me to do for you from here on out
...

**Minor Victim 1 to Matthew Cole:**
I sent you 3 picks and none of them were good enough I tried it just wasn't good enough do you know how hard it is to take those pictures
...

Well let's see I can't fully take my pants off so I have to figure that out which is really uncomfortable and then I have to make it bright and I have to hold the camera with one hand and try to get you the perfect picture that you wanted you asked me why u hate taking pictures that's why because they're never good enough they're never perfect
...

That's not true and I sent you so many pictures did things even though I was scared just to make you happy even for a little bit but that doesn't matter does it I put so much stuff into trying to make sure your happy and not mad at me and I get treated like shit

**Matthew Cole to Minor Victim 1:**
I am sorry I asked for a pic with your finger inside of you and I am sorry I didn't stop when Dolores told me to your whole life but I fell in love with you ok and I have been in love with you for ever now and you are resentful towards me that you won't even touch yourself cause I did and made you uncomfortable
...

It is good enough you are acting like I'm ungrateful and I am not I loved the pics you sent and I wish I could keep them but no we live here where my phone is scrutinized by [REDACTED] and your mom I'm scared too
...

No that's what you show you think of me you get mad at me cause I ask for a pic of a part of you to help me cum and you treat me like I am trash and then I loose the text cause stupid me texting you like this I deleted it and then you ignore me and act like your vagina is all I care about and it's not I care about you as a person as my baby and me as your daddy but you get so irritated with me that you forget to just talk to me and no you want me gone it feels like and I can make that work on your favor just say the word

**Minor Victim 1 to Matthew Cole:**
"I sent you 3 that weren't good enough how would you feel if I did that to you do you know it hurt so much I cried"
...
"These are all I have"

**Matthew Cole to Minor Victim 1:**
"What hurt and they were too I accidentally deleted them ok and I am sorry for making you feel like I didn't think they were good enough for me cause they were ok"
...
"I love you too and I am sorry ok I never meant to hurt you I was caught up in the moment and asked for a special pic cause I know you don't play with your self and it would trigger me quicker I am sorry I didn't intentionally try to set out to hurt you ok"

5

<u>Continuing on August 18, 2018, Matthew Cole texted Minor Victim 1:</u>

"Can I put my dick in you when I come in there".

"That I get horny over you".

"Not with [REDACTED] and [REDACTED] still up you know that and if I come in there I will put my biggest part I you".

"Your mom is mad at me now cause I won't give her my dick and I keep it for you"

19. Recovered thumbnail images from Minor Victim 1's phone included what I believe to be two of the three images discussed above. Both images are still photographs of Minor Victim 1. Her underwear is pulled aside and her vagina is visible and the focal point of the image. Her face is not depicted, but in one of the images, an identifying birthmark is present on the inner thigh. As discussed below, these images were received by Matthew Cole on or about August 18, 2018. Based upon the timing and conversations, I believe that these images were created using Minor Victim 1's cellular telephone in the Southern District of Indiana. The phone is a ZTE Smart Phone S/N: 320577208702 which I know was not made in Indiana and therefore traveled in interstate commerce. Because these were thumbnails of the parent file, which is no longer on the device, no meta data was recovered.

20. On August 22, 2018, Matthew Cole came into the Monroe County Sheriff's Office and confessed to having had sexual intercourse with Minor Victim 1 approximately one (1) year ago while living in the State of Arizona. He also confessed to having requested Minor Victim 1 to perform sexual acts and take pictures of herself doing so and sending them to him. He stated that he received images consistent with the ones recovered from Minor Victim 1's phone around August 18, 2018. He confessed to having sent Minor Victim 1 numerous text messages that described in explicit details, multiple sexual acts that he had requested Minor Victim 1 perform

6

on several occasions. Matthew Cole denied having actually doing any of the sexual acts in Indiana, and stated that the texts were just "role playing."

### Distribution of child pornography by Matthew Cole.

21.     Indiana DCS received information that Matthew Cole sent Facebook messages to an ex-girlfriend, BW, detailing his sexual relationship with Minor Victim 1. On or about August 22, 2018, Detectives with the Monroe County Sheriff's Office conducted a phone interview with BW about the Facebook messages. BW told Detectives she received a message from Matthew about his sexual relationship with Minor Victim 1, as well a digital image depicting Minor Victim 1's exposed vagina. On or about September 5, 2018, Detectives with the Monroe County Sheriff's Office went to BW's residence in Iowa, and showed her the two photographs discussed above that were recovered from Minor Victim 1's phone. BW identified one of the images as the one that Matthew had sent to her through Facebook messenger. BW indicated that she received this message in approximately August 2018. Matthew Cole was residing in the Southern District of Indiana for the entirety of August 2018. I know Facebook Messenger is a facility of interstate commerce.

### Subsequent disclosures by Minor Victims 1 & 2.

22.     Following being removed from the Springville residence in August of 2018, Minor Victim's 1-6 were placed into DCS custody and given therapy and mental health counseling. In those sessions, Minor Victims 1 & 2 made multiple disclosures of abuse by both Matthew and Dolores.

Minor Victim 2 (11 years old) disclosed the following:
- Matthew and Dolores both told her and the other children to lie to DCS.

- Dolores taught her how to masturbate. Dolores digitally penetrated her in the past.

7

- Dolores taught her how to use a vibrator and used it on her and Minor Victim 6 (5 years old as of today).

Minor Victim 2 had difficulty assigning times and location to these events.

Minor Victim 1 disclosed the following:
- She has been physically molested by a family member for as long as she can remember.

- Dolores has performed oral sex upon her in the past.

- She has often been naked in bed with Dolores and Matthew.

- Matthew would have sex with Dolores while Minor Victim 1 was in the same bed.

- Matthew has had intercourse with her on multiple occasions in multiple states. At least one occurrence happened in Springville, Indiana in the basement of her Aunt and Uncle's house in or about August 2018.

- When Minor Victim 1 was too young for intercourse, Matthew performed oral sex and digital penetrated her on numerous occasions. Matthew also had Minor Victim 1 perform oral sex and masturbation him. Minor Victim 1 remembers Dolores being present for at least one of these incidents.

- Minor Victim 1 recalled having to move from Iowa or Arkansas when she was approximately 8 or 9 because of a DCS investigation.

23. Dolores Cole was interviewed on January 9, 2019. In a recorded statement, she stated the following:

- Dolores initially denied doing anything sexual with her children.

- On one occasion Dolores went into the bedroom and saw Minor Victim 2 laying naked on the bed with washcloths all over her. Matthew was also rubbing Minor Victim 2's vagina and told Dolores he was rubbing it to help Minor Victim 2 get rid of her fever. Matthew grabbed Dolores's hand and also put in on Minor Victim 2's vagina. Matthew did this more than once and Dolores kept pulling her hand off of Minor Victim 2's vagina. Dolores stated this happened in Chandler, Arizona and Minor Victim 2 was approximately nine or ten years old.

- Matthew told Dolores they needed to expose the kids to adult pornography. Dolores elaborated the pornography was Pokemon pornography involving the characters Ash and Misty and showed sexual intercourse with the characters. Matthew let Minor Victim 3 (9

8

years old as of today) watch the Pokemon pornography. Matthew also tried to get Dolores to touch Minor Victim 3's penis. Dolores initially denied ever touching Minor Victim 3's penis but acknowledged her hand rubbed up against it but she only touched it because of Matthew's actions. Minor Victim 3 had an erection and his pants were down. Dolores stated Minor Victim 3 was approximately six or seven years old and they were living in Chandler, Arizona when this incident happened.

- Dolores was getting dressed in the bedroom and Matthew came into the bedroom and took Dolores's clothes off and placed her on the bed. Minor Victim 3 walked into the bedroom at this time and asked Matthew what he was doing and why Dolores was naked. Dolores pulled a blanket over her and Matthew pulled it back off of her. Minor Victim 3 saw Dolores's vagina and asked why it looked like that. Matthew told Minor Victim 3 that when a girl gets older she starts to get hair. Matthew then placed his hand on Dolores's vagina and spread her vagina apart to fully show her vagina to Minor Victim 3. Minor Victim 3 then touched Dolores's vagina with his hand before Dolores's told him to stop. Dolores stated Matthew was showing Minor Victim 3 how to rub the vagina and also took Minor Victim 3's hand and rubbed it on Dolores's vagina. Dolores estimated this happened for a few seconds before she kneed Matthew in the stomach and got off of the bed. Cole stated this incident happened in Chandler, Arizona.

- Matthew, Dolores, and Minor Victim 1 have all showered together in the past.

- Matthew told Dolores to keep quiet about everything and deny ever seeing Matthew do anything with the children including touching Minor victim 2's vagina. Matthew also told all of the other children that they and he would all get in trouble for reporting anything to law enforcement or DCS. Matthew further told the children on multiple occasions if they confided to law enforcement and/or DCS they would be taken out of the residence and that Dolores and Matthew might not ever see them again. Dolores stated she has been investigated by DCS "more times than she can count." Dolores also acknowledged to lying to DCS and/or law enforcement when she was interviewed because she felt she would not be able to get her kids back if she reported what was going on at the residence.

- Dolores at first denied moving to avoid DCS investigations. She acknowledged that they often moved while a DCS investigation was underway. She would confront Matthew about this, and he would say he had a "work opportunity" although she acknowledged he rarely obtained a job. She finally stated that it was possible that Matthew moved the family to avoid DCS investigations.
- Dolores Cole was fearful of the repeated DCS investigations and them removing the children from the residence. Dolores worried she would never see them again. Dolores Cole was scared law enforcement and/or DCS would believe Matthew over her.

9

## CONCLUSION

24. Based upon the forgoing, the Government submits that there is probable cause to issue an arrest warrant for the Matthew Cole.

_____
Todd D. Prewitt
Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence, this 11th day of February 2019.

_____
The Hon. Doris L. Pryor
U.S. Magistrate Judge
Southern District of Indiana